AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RAY H. SMITH, JR.,**

    **Plaintiff,**

**vs.**

**JUDGMENT IN A CIVIL CASE**

**TERRY COLLINS, et al.,**

**CASE NO. C2-06-568**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

    **Defendants.**

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed November 16, 2007, JUDGMENT is hereby entered DISMISSING this case.**

Date: November 16, 2007

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk